DATED: __August 14, 2023__   Respectfully submitted,

BY: /s/ Kevin Shell
KEVIN SHELL
Defendant

BY: /s/ Dennis A. Johnston
DENNIS A. JOHNSTON
P-27286
Counsel for Kevin Shell

BY: /s/ Ruben Martinez, Jr.
RUBEN MARTINEZ, JR.
TX Bar No. 24052278
MATTHEW E. GOLD
IL Bar No. 6323956
ALLISON M. GORSUCH
IL Bar No. 6329734
AMBRIS S. SARAVANAN
IL Bar No. 6342503
Trial Attorneys

MICHAEL N. LOTERSTEIN
Assistant Chief
IL Bar No. 6297060
U.S. Department of Justice
Antitrust Division
209 S. LaSalle St. Suite 600
Chicago, Illinois
Tel: 312-984-7200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

D-3: KEVIN SHELL,

Defendant.

Criminal No. 2:23-cr-20381-GAD-DRG

Hon. Gershwin A. Drain

## DEFENDANT'S ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

I, Kevin Shell, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1: Conspiracy to Restrain Trade, in violation of 15 U.S.C. §1**

a) Up to 10 years' imprisonment
b) A fine in an amount equal to the greatest of (1) $1 million, (2) twice the gross pecuniary gain the conspirators derived from the crime, or (3) twice the gross pecuniary loss caused to the victims of the crime by the conspirators
c) Supervised release of not more than 3 years
d) Restitution to the victims of the offense
e) Mandatory $100 special assessment

**Count 2: Conspiracy to Restrain Trade, in violation of 15 U.S.C. §1**
a) Up to 10 years' imprisonment
b) A fine in an amount equal to the greatest of (1) $1 million, (2) twice the gross pecuniary gain the conspirators derived from the crime, or (3) twice the gross pecuniary loss caused to the victims of the crime by the conspirators
c) Supervised release of not more than 3 years
d) Restitution to the victims of the offense
e) Mandatory $100 special assessment

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____ 8/14/23
Kevin Shell
Defendant

2

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 8/14/2023

_____
Dennis A. Johnston
Counsel for Defendant