UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

KEVIN SHELL,

         Defendant.

Criminal No. 2:23-cr-20381-03

Hon. Gershwin A. Drain

**MOTION TO SEAL UNITED STATES' MOTION AND BRIEF FOR DOWNWARD DEPARTURE UNDER U.S.S.G. §5K1.1**

The United States, by its undersigned attorneys, respectfully requests that its Motion and Brief for Downward Departure Under U.S.S.G. §5K1.1 be sealed until further Order of the Court because of the sensitive nature of the memorandum, which details the defendant's significant cooperation. The defendant concurs with this motion.

Respectfully submitted,

/s/ Ruben Martinez, Jr.

Ruben Martinez, Jr. (TX 24052278)
Melanie Wegner (IL 6324826)
Allison M. Gorsuch (IL 6329734)
Trial Attorneys

Michael N. Loterstein (IL 6297060)
Assistant Chief

U.S. Department of Justice
Antitrust Division
209 S. LaSalle St. Suite 600
Chicago, Illinois 60604

Tel: 312-984-7200

Dated: April 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Ruben Martinez, Jr.*
Ruben Martinez, Jr. (TX 24052278)
Trial Attorney
U.S. Dept. of Justice,
Antitrust Division
Chicago Office
209 S. LaSalle, Suite 600
Chicago, IL 60604
312-984-7200
ruben.martinez@usdoj.gov

Dated: April 29, 2025